GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for David Caivano

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>STEPHEN P. ARENA, and DAVID J. CAIVANO,<br><br>         Defendants. | Hon. Stanley R. Chesler<br><br>Criminal No. 10-579<br><br>ORDER ADMITTING VICTOR SHERMAN PRO HAC VICE ON BEHALF OF DEFENDANT DAVID J. CAIVANO |

This matter having been brought before the Court by Greenbaum, Rowe, Smith & Davis LLP, local counsel for defendant David J. Caivano ("Caivano"), for an order pursuant to L. Civ. R. 101.1(c) permitting Victor Sherman of the law firm of Sherman & Sherman, 2115 Main Street, Santa Monica, California 90405-2215, to be admitted *pro hac vice* for the purpose of representing Mr. Caivano; and the Court having considered the declarations submitted in support thereof; on notice to all counsel; and for good cause shown;

IT IS on this **27** day of **Sept.**, 2010

ORDERED that Attorney Victor Sherman may be admitted *pro hac vice*.

IT IS FURTHER ORDERED that Victor Sherman shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection, in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the entry of this Order. This payment shall be made for any year in which Mr. Sherman continues to represent Mr. Caivano in this Court.

IT IS FURTHER ORDERED that Victor Sherman, Esq. shall make a payment of $150 upon admission, payable to the Clerk, USDC.

IT IS FURTHER ORDERED that Victor Sherman, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L. Civ. R. 103.1 (Judicial Ethics and Professional Responsibility) and L. Civ. R. 104.1 (Discipline of Attorneys).

/s/ STANLEY R. CHESLER, U.S.D.J.

Dated:    September 23, 2010