DAVID T. SHIVAS
(732) 476-3258 - DIRECT DIAL
(732) 476-3259 - DIRECT FAX
DSHIVAS@GREENBAUMLAW.COM

January 12, 2012

<u>Via Facsimile (973-645-3177) & Regular Mail</u>
Theresa Trivino, Senior Court Deputy to the
  Hon. Stanley R. Chesler, U.S.D.J.
Martin Luther King, Jr. Federal
Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07171

Re:   U.S. v. Arena, Caivano
      **CRIMINAL ACTION NO.:** 10-579(SRC)

Dear Judge Chesler:

I represent David Caivano in this matter. I am respectfully requesting leave of Court to file pretrial motions in this matter on January 20, 2012. Pursuant to the most recent Order of Judge Chesler, the motions are to be filed by January 16, 2012. I am requesting additional time in order to review the discovery served by the Government by letter dated January 12, 2012. I make this request with the consent of AUSA Anthony Moscato and Nicholas Kaizer, Esq., counsel to defendant Arena.

Thank you for your consideration.

Respectfully,

David T. Shivas

I hereby consent to the request made by counsel in this letter:

_____          _____
Anthony Moscato, Jr., Esq.          Nicholas Kaizer, Esq.
Assistant U.S. Attorney             Counsel to Steven Arena

cc:   Assistant U.S. Attorney Anthony Moscato, Esq. *(via e-mail & regular mail)*
      Victor Sherman, Esq. *(via e-mail & regular mail)*
      Nicholas Kaizer, Esq. *(via e-mail & regular mail)*

1/17/2012
so ordered

DAVID T. SHIVAS
(732) 476-3258 - DIRECT DIAL
(732) 476-3259 - DIRECT FAX
DSHIVAS@GREENBAUMLAW.COM

January 12, 2012

<u>Via Facsimile (973-645-3177) & Regular Mail</u>
Theresa Trivino, Senior Court Deputy to the
  Hon. Stanley R. Chesler, U.S.D.J.
Martin Luther King, Jr. Federal
Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07171

    Re:  U.S. v. Arena, Caivano
           **CRIMINAL ACTION NO.: 10-579(SRC)**

Dear Judge Chesler:

    I represent David Caivano in this matter. I am respectfully requesting leave of Court to file pretrial motions in this matter on January 20, 2012. Pursuant to the most recent Order of Judge Chesler, the motions are to be filed by January 16, 2012. I am requesting additional time in order to review the discovery served by the Government by letter dated January 12, 2012. I make this request with the consent of AUSA Anthony Moscato and Nicholas Kaizer, Esq., counsel to defendant Arena.

    Thank you for your consideration.

                                      Respectfully,

                                      David T. Shivas

I hereby consent to the request made by counsel in this letter:

Anthony Moscato, Jr., Esq.                    Nicholas Kaizer, Esq.
Assistant U.S. Attorney                        Counsel to Steven Arena
by David Malefeld, AUSA

cc:  Assistant U.S. Attorney Anthony Moscato, Esq. *(via e-mail & regular mail)*
     Victor Sherman, Esq. *(via e-mail & regular mail)*
     Nicholas Kaizer, Esq. *(via e-mail & regular mail)*