# Greenbaum Rowe Smith & Davis LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

DAVID T. SHIVAS
(732) 476-3258 - DIRECT DIAL
(732) 476-3259 - DIRECT FAX
DSHIVAS@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

February 6, 2012

*Via Regular Mail*
Theresa Trivino, Senior Court Deputy to the
  Hon. Stanley R. Chesler, U.S.D.J.
Frank R. Lautenberg U.S. P.O. Courthouse
Room 417
PO Box 999
Newark, New Jersey 07101-0999

Re:    U.S. v. Arena, Caivano

Dear Judge Chesler:

I represent defendant David Caivano in the above-referenced matter. I am requesting leave of Court for additional time to file defendant Caivano's opposition and reply relating to the pretrial motions to February 21, 2012. I make this request with the consent of AUSA Anthony Moscato, Esq. and Nicholas Kaizer, Esq., counsel to defendant Arena.

Thank you for your consideration.

Respectfully,

David T. Shivas

I hereby consent to the request made by counsel in this letter:

Anthony Moscato, Jr., Esq.
Assistant U.S. Attorney

Nicholas Kaizer, Esq.
Counsel to Stephen Arena

cc:   Assistant U.S. Attorney Anthony Moscato, Esq. *(via e-mail & regular mail)*
      Victor Sherman, Esq. *(via e-mail & regular mail)*
      Nicholas Kaizer, Esq. *(via e-mail & regular mail)*

2/21/2012



**Greenbaum Rowe Smith & Davis LLP**

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600   FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

DAVID T. SHIVAS
(732) 476-3258 - DIRECT DIAL
(732) 476-3259 - DIRECT FAX
DSHIVAS@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

February 6, 2012

*Via Regular Mail*
Theresa Trivino, Senior Court Deputy to the
    Hon. Stanley R. Chesler, U.S.D.J.
Frank R. Lautenberg U.S. P.O. Courthouse
Room 417
PO Box 999
Newark, New Jersey 07101-0999

Re: **U.S. v. Arena, Caivano**

Dear Judge Chesler:

I represent defendant David Caivano in the above-referenced matter. I am requesting leave of Court for additional time to file defendant Caivano's opposition and reply relating to the pretrial motions to February 21, 2012. I make this request with the consent of AUSA Anthony Moscato, Esq. and Nicholas Kaizer, Esq., counsel to defendant Arena.

Thank you for your consideration.

Respectfully,

David T. Shivas

I hereby consent to the request made by counsel in this letter:

_____
Anthony Moscato, Jr., Esq.
Assistant U.S. Attorney

_____
Nicholas Kaizer, Esq.
Counsel to Stephen Arena

cc:   Assistant U.S. Attorney Anthony Moscato, Esq. *(via e-mail & regular mail)*
      Victor Sherman, Esq. *(via e-mail & regular mail)*
      Nicholas Kaizer, Esq. *(via e-mail & regular mail)*